# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY COMMUTE** to a term of **10 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **HERBERT SMALL**, Reg. No. 99102-038. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **15 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **ROBERT PARRISH**, Reg. No. 31435-083. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **20 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DURANDELL ARMSTRONG | 10972-510 | LUIS DEJESUS | 86957-510 |
| ADRIAN ARRINGTON | 73982-509 | MICHAEL DIXON | 73227-509 |
| | | JAMES DOBBS | 65808-510 |
| KYIEEM BARNHILL-THOMAS | 46163-510 | DANA HUDSON | 57571-510 |
| MARX BARTLEY | 38011-510 | ROLANDO IBARRA | 04282-511 |
| GUY BLACKSHEAR | 92920-509 | PHALEN IZARD | 87482-510 |
| TEYRL BYERS | 92194-510 | JOSEPH JACKSON | 59095-177 |
| ERIC COLSON | 64460-509 | DENZEN JONES | 21775-511 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| KEVEN KENNEY | 46886-510 | DONALD REED, JR. | 07544-510 |
| TAYVON LIPPETT | 76519-007 | JAMES REMBERT | 22576-510 |
| LUCIS LUGO | 70258-510 | KEVIN ROBERTSON | 43603-037 |
| CEDRIC MALLARD | 66278-510 | NICHIREN SMITH | 54278-004 |
| FRANKIE MAYNOR | 79123-510 | LEONARDO STEEPLE | 69906-019 |
| EDDIE MELENDEZ | 96524-510 | RAHSHEED STOKES-JOHNSON | 40309-510 |
| RUSSELL MITCHELL | 71710-510 | SHANNON STUDIVANT-BARNES | 40283-510 |
| DEREK MOORE | 43763-013 | | |
| JOSHUA MOORE | 55074-424 | DAVID TERRY | 57536-510 |
| SHAUN MUSE | 08269-084 | JEREMY WALKER | 57971-510 |
| MARTELL OWENS | 05245-511 | ANTHONY WIGFALL | 41386-074 |
| JOHNNY PALMER | 90384-509 | BRANDON WILKINS | 14654-510 |
| WILLIE PETERSON | 12615-002 | ERIC WILSON | 42615-037 |
| VANESSA POSEY | 28448-510 | | |

I hereby further commute to a term of **25 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **ANDRA JOHNSON**, Reg. No. 40076-509. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **30 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| DERWIN ANDREWS | 55918-510 |

| Name | Reg. No. |
|------|----------|
| RODNA ROBINSON | 91356-509 |
| ERNEST THORNTON | 08480-068 |
| DAVID WALKER | 87368-509 |

I hereby further commute to a term of **40 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| LARRY BROWN | 18276-510 | MICHAEL HOWARD | 73057-509 |
| LAWRENCE BROWN | 00185-511 | REUBEN HOWARD | 73520-050 |
| KERMIT CEASAR | 01572-049 | LASHANA HUNTER | 99508-509 |
| CLARENCE CHANDLER | 03580-509 | CORTEZ INGRAM | 86763-509 |
| DEXTER COBB | 03054-510 | ANTONIO JACKSON | 89068-509 |
| RANDY DAVIS | 28198-044 | ERIC LARINK | 69797-510 |
| SHARIF DAVIS | 72603-050 | VICTOR MARTINEZ | 87957-054 |
| ANTHONY FERGUSON | 65246-037 | LARON MCKINNON | 02604-509 |
| OSCAR FOWLER | 39409-018 | HENRY MCNEIL | 24556-509 |
| CAMERON FOX | 77024-509 | HARRY MILLER | 21009-510 |
| WILLIE GENTRY | 02822-506 | AVERY MITCHELL | 66312-056 |
| EDDIE HARRISON | 51875-509 | JEREMIE MITCHELL | 39652-068 |
| GEARY HILL | 13745-509 | LINCOLN NORTHERTON | 69544-509 |
| CALEB HOOKER | 62035-054 | TERESA PARKER | 01951-509 |
| SIMEON HOPKINS | 20331-509 | JOHNNY PEREZ | 59322-509 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| TERRY PRUITT | 27197-001 | FRANK SMITH | 29463-509 |
| ANNETTE REYNOLDS | 79825-509 | AARON STARKS | 59319-509 |
| RAYMOND RIVERA | 22477-014 | CALVIN SYKES | 21692-510 |
| BRIAN ROSS | 37183-509 | TIDAS THOMAS | 42997-424 |
| MARTIN RUBIN | 47283-509 | JOVONTI WELLS | 71990-509 |
| ADRIAN SANTIAGO | 52377-069 | JOSEPH WILSON | 11078-510 |
| | | TASHON WOOTEN | 24603-509 |

I hereby further commute to a term of **50 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|---|---|
| ALONZO BROWN | 97883-071 |
| JONATHAN BURGOS | 87762-054 |
| RAY-SHON DOUGLASS | 10871-509 |
| MARK LEWIS | 92279-071 |
| TROY NEAL | 17380-509 |
| NOEL ROMAN-SANTIAGO | 46365-509 |
| JAMES RUSSELL | 18434-027 |
| ANTHONY TAYLOR | 44151-007 |
| ERNEST VELAZQUEZ-CASANOVA | 24106-069 |

| Name | Reg. No. |
|---|---|
| DARRELL WALLER | 66290-509 |
| DALE WILLIAMS | 05253-509 |
| DERRICK WILLIS | 39002-509 |
| SHANEEKA WILSON | 35080-058 |

I hereby further commute to a term of **60 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DAYZHONNA BOREN | 32322-510 | SYLVESTER EPPINGER | 35509-060 |
| GREGORY BRANTLEY | 22189-509 | DEREK EVANS | 94432-509 |
| NATHANIEL CARTER | 06238-509 | RAYMOND GAINES | 00413-138 |
| JOHN CRAWFORD | 55206-509 | JASON GONZALEZ | 51538-509 |
| JONIEL CRUZ-ARROYO | 50168-069 | CHAUNCEY GOSTON | 34724-045 |
| CHARLES CURREN | 31658-509 | ANTWONE HATCHELL | 99600-510 |
| CHAMARE DANDRIDGE | 22910-040 | KEYNOD HAYES | 38781-509 |
| CARLOS DANIELS | 36526-086 | IAN HAYLOCK | 87582-054 |
| MARQUIES DAVIS | 50186-509 | ALONZO HEARD | 54508-019 |
| JOSE DIAZ | 72076-050 | KASHARD HOWELL | 92004-510 |
| ELIEZER DOMINGUEZ-ORTIZ | 52316-069 | CALVIN HUGHES | 56293-509 |
| | | RANDALL HUGHES | 55364-039 |
| | | DAVION HUNTER | 44652-509 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| RONALD JENKINS | 83140-509 | JOHN REYES-VAZQUEZ | 42809-509 |
| ALPHONSE JOHNSON | 52358-509 | DOSSIE RICHMOND | 34421-045 |
| DANNY JOHNSON | 62134-066 | MICHAEL ROSE | 39612-068 |
| HARVEY JOHNSON | 44729-510 | CHRISTOPHER RUSSELL | 55107-510 |
| PRENTISS JONES | 13361-006 | THOMAS SANTOS | 09746-509 |
| QUINTRAL JONES | 93403-510 | JEVONTE SCOTT | 89082-509 |
| DAVID KELLEY | 39081-509 | BRIAN SEALY | 27815-057 |
| KEVIN KELLEY | 35052-045 | WILLIAM SMITH | 01589-120 |
| DALE KNOWLES | 09434-509 | DANNY THOMAS | 09960-042 |
| CASEY LEE | 56586-510 | RODERICK WHITE | 44889-509 |
| NYREE LETTERLOUGH | 76722-067 | WINSTON WHITE | 43651-509 |
| HERBERT MAYS | 72900-050 | RENALD WILDER | 06513-510 |
| BERNARD MURPHY | 52190-019 | BRADLEY WILLIAMS | 05255-509 |
| RAFAEL OLIVER-DELGADO | 51701-069 | GARY WILLIAMS | 08128-007 |
| ANTONIO PERRY | 73972-007 | KEWAANNEE WILLIAMS | 51589-509 |
| SHANE PETERSON | 15748-510 | RAMON WILLIAMS | 75679-067 |
| DARRELL PINSON | 54522-060 | TYRUN WILLIAMS | 57543-509 |
| BRUSHEY PUGH | 22871-026 | PERCY WOODEARS | 22493-076 |
| ESHAWN REED | 05623-090 | | |

I hereby further commute to a term of **70 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the

sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| ANDRE BADLEY | 35563-060 | TORRIE HOOD | 24478-056 |
| MONTA BANKS | 39104-068 | TASHAWN HOWARD | 88454-509 |
| WILLIAM BARTON | 01469-509 | ADE JOHNSON | 17903-104 |
| COY BELLAMY | 25305-509 | SMITH JONES | 36477-509 |
| ELIZABETH BOYCE | 54501-074 | IVAN LOWE | 60960-509 |
| JAI BRITT | 50584-054 | MARQUES MCCUTCHEON | 25021-111 |
| ANTWAN BROWN | 55660-056 | TAMRA MOORE | 39059-068 |
| MAURICE BRYANT | 46311-509 | REANOLD OLINEY | 09258-095 |
| TONY CARR | 42130-509 | JOSE ORTIZ-RODRIGUEZ | 53318-069 |
| DESHAUN DAVIS | 77569-066 | | |
| CRAIG DAWSON | 01732-510 | KENYATTA PARKER | 02153-509 |
| WALDEMAR GARCIA | 72097-050 | RUBY SAUNDERS | 42816-018 |
| CURTIS GARTH | 65278-510 | DANNY SIMS | 97210-020 |
| JAMARCUS HARRIS | 18158-509 | ADRIAN STOGLIN | 12169-509 |
| LIONEL HATCH | 02589-509 | JAMAL TRENT | 19827-509 |
| COTEY HAYNES | 50794-509 | PAUL VOSKANYAN | 94078-083 |
| SHONTA HICKMAN | 60215-177 | JOHNNY WILLIAMS | 00698-510 |

I hereby further commute to a term of **80 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| TARIK BROOKS | 62353-037 | KELVIN MONTGOMERY | 06954-379 |
| STEVEN CARLO-ACOSTA | 52199-069 | JOSEPH MOULTRIE | 95151-071 |
| LARRY COMBS | 21584-032 | WILLIAM POLLOCK | 65078-056 |
| KUNTA DANIELS | 22992-084 | TSAMARTE RYAN | 59206-177 |
| CHARLES GOULD | 17083-027 | DARRELL SANDERS | 34896-171 |
| KAREEM LEWIS | 34513-057 | EDDIE WILSON | 10840-509 |
| DWIGHT LOGAN | 55022-509 | TAJUAN WILSON | 29592-044 |

I hereby further commute to a term of **90 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| DENVER PEARSON | 76733-067 |
| ROBERT SCOTT | 64994-509 |
| JAMES WILLIAMS | 69751-066 |
| ANTONIO WILSON | 34836-171 |

I hereby further commute to a term of **100 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| NEKHENT ALI | 34432-057 | JOSE LERMA | 79102-510 |
| RANDOLPH ALVIN | 18035-104 | TERRENCE MABRY | 65648-056 |
| HAROLD BARBEE | 20893-009 | DARRELL MCCULLOUGH | 12182-510 |
| CHRISTOPHER BELL | 31356-009 | HOWARD MCFADDEN | 39529-068 |
| KEVAUNDRE BOYD | 18179-509 | | |
| RUDOLPH BRUMFIELD | 05142-509 | JEROME MCGLOTHIN | 66820-060 |
| ALSTON CAMPBELL | 17193-029 | TREVON MONROE | 58873-177 |
| DARNELL CATLETT | 16529-016 | CARLOS MORRIS | 13306-062 |
| PATRICK CRY | 56363-039 | PATRICK MURPHY | 91937-083 |
| ALPHONSO EDMOND | 19379-030 | GIBRAN NELSON-SMITH | 43292-037 |
| TABATHA ERVIN | 32479-510 | | |
| TRAY EVANS | 10045-510 | KARL PADGETT | 17594-003 |
| JESUS GONZALEZ-NEGRON | 48676-069 | BRYANT PORTER | 17847-027 |
| | | ALEX ROBINSON | 54019-074 |
| WILLIAM HALE | 25309-052 | DANIEL RUIZ | 91007-038 |
| GARVIN HARRIS | 23385-058 | AIRON SANTIAGO-RODRIGUEZ | 50151-069 |
| THADDEUS HIGGINS | 31367-009 | | |
| KHYRE HOLBERT | 18121-030 | LARICCO SHERRILL | 19710-058 |
| OZIE HOLMES | 17651-104 | EIAN THOMAS | 13159-026 |
| CHARLES HOWARD | 16102-089 | CORY TURNER | 12763-030 |
| MARK HURN | 10599-045 | DEQUAN WILLARD | 54862-177 |
| RODNEY HYMES | 13324-074 | DAQONE WILLIAMS | 21750-040 |
| JAMES KEEL | 02536-025 | SALEEM WILSON | 12819-067 |
| VENCE KEY | 34460-058 | RODRIQUEZ WITCHER | 13082-084 |
| | | RASUAN WRIGHT | 06287-510 |

I hereby further commute to a term of **118 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **STEPHON WILLIAMS**, Reg. No. 97072-020. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **120 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| HERB ANDERSON | 19119-078 | ORVILLE DARBY | 13121-087 |
| DONA BATTLE | 64999-060 | MALEEK DAVIS | 12204-028 |
| ORNANDES BENNETT | 17969-509 | MICHAEL DOUGLAS | 60340-509 |
| LUIS BONILLA | 63522-056 | EARNEST DRONE | 58870-177 |
| HAROLD BOYCE | 54143-074 | JACKIE GREEN | 24940-509 |
| JASON BROWN | 07175-088 | JAMEY GREEN | 31767-171 |
| QUINTON BROWN | 27574-058 | GARLAND GUILLORY | 37329-034 |
| SPENCER BRYANT | 66044-056 | YAHTZEE HARRIS | 06032-027 |
| TYSKI BRYANT | 50771-509 | ANTHONY HART | 62359-037 |
| JERRY BULLARD | 63220-056 | ZACHARY HENDRIX | 22607-075 |
| DERRICK COURTNEY | 60332-177 | SHAWN HEWETT | 16287-509 |
| ARMISTEAD CRAIG | 03682-087 | NEEDHAM HOLDER | 11558-509 |
| CURTIS DALE | 11165-026 | OTIS HUGHES | 29619-044 |
| | | QUINCY JAMES | 48378-074 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| CHRISTOPHER KELLEY | 83159-080 | JAWAUN PHIFER | 16339-509 |
| CALEB KENDRICK | 35187-058 | MARCUS PHILLIPS | 91586-280 |
| RONALD LEVINGSTON | 57969-177 | MICHEAL PRINCE | 34829-171 |
| JOHN MARTIN | 20859-017 | KENTER RUFF | 26825-058 |
| VETO MARTIN | 34936-058 | JEFF SMITH | 75509-067 |
| CHARLES MCGEE | 21211-510 | THEODORE SMITH | 62357-037 |
| ROBERT MCKOY | 66163-056 | MICHAEL SNOW | 17198-029 |
| LAWRENCE MCNEILL | 56593-056 | RAYMONE STEPHENS | 22640-026 |
| RONALD NIXON | 87583-054 | FREDDIE THOMPSON | 77066-510 |
| MICHAEL PAYTON | 08702-087 | TYRIK UPCHURCH | 73452-066 |
| JONATHAN PEREZ | 78179-054 | SIRRI WEBB | 03083-511 |
| | | CHRISTOPHER WILLIAMS | 67263-056 |

I hereby further commute to a term of **130 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| WILLIE EVANS | 15091-030 | KOZIE KING | 32188-171 |
| JOEL JAMES | 08829-003 | KEITH MCCRAE | 63163-509 |
| LADARRIUS JENKINS | 66107-056 | WESLEY PARKER | 68488-018 |
| | | KENNETH THOMAS | 17699-104 |

I hereby further commute to a term of **140 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JOHN BRANDON | 30336-177 | JAMON MIMS | 73371-380 |
| GERSHOM CANADY | 56345-083 | ANDREW MOODY | 63901-054 |
| CLIFF HOLIMAN | 29343-009 | PAUL OZEN | 22793-078 |
| RANDY HUBBERT | 22461-026 | JOHN PETRIE | 08534-510 |
| JONTAE JACKSON | 21574-040 | ERNEST ROBERTS | 32256-171 |
| DONZELL JONES | 68798-018 | MARQUAY SHEPPARD | 06875-509 |
| SHELLY JONES | 94190-083 | CARLOS THURMAN | 60471-509 |
| JACKIE LASTER | 29098-064 | VAN WHITMORE | 87635-054 |
| DAVID MANTEY | 47382-074 | RODNEY WILLIAMS | 64660-056 |
| TAKARIA MCCRAY | 75003-004 | | |

I hereby further commute to a term of **150 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JONATHAN ANDRADE | 00556-138 | CHARLES BRYANT | 60334-177 |
| RAMELUS BRADLEY | 28061-045 | THOMAS BYRD | 28397-057 |
| MORRIS BROWN | 28504-078 | WILLIAM CAIN | 21556-032 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| MARIE CERVANTES | 91394-380 | ROBERT MCNEAL | 07108-509 |
| LARRY CLARK | 26126-009 | GEORGE MCNEIL | 27467-171 |
| JUSTIN COLE | 09926-029 | JONDELL MIDDLEBROOKS | 25874-052 |
| DERRICK COLLINS | 45215-509 | KENNETH MILTON | 14125-179 |
| RICCI DENNARD | 66632-509 | MARLON MOORE | 85296-083 |
| JASON EDWARDS | 83005-080 | PHILLIP MURPHY | 85904-083 |
| ROMOND FOULKS | 15259-026 | WILLIE MURPHY | 15703-509 |
| RONTERREAL GAINER | 20965-017 | QUENDELL OLIVER | 76607-067 |
| BRIAN GOFFIGAN | 89898-083 | JERRY RHODES | 96007-071 |
| LAIRON GRAHAM | 61683-509 | ARTHUR SIMMONS | 46362-510 |
| QUENTIN HARTH | 28068-171 | CHARLES SMITH | 17322-273 |
| BILLY HIGHSMITH | 57911-056 | JERMAINE SMITH | 34818-171 |
| FORTUNE HILL | 60941-018 | JEFFERY TAYLOR | 33329-045 |
| ANTHONY HOLLAND | 55401-083 | TIMOTHY THOMAS | 57714-177 |
| DOUGLAS JONES | 27420-180 | DONALD WALTERS | 09442-062 |
| THYRONE JONES | 87864-020 | CHRIS WELLS | 37175-034 |
| ROBERT KNIGHT | 30743-057 | CLARENCE WILLARD | 18191-509 |
| ANTONIO MCKOY | 58528-056 | ANTHONY WILLIAMS | 22258-021 |
| JEMARE MCNAIR | 07179-509 | BARRY WILLIAMS | 57659-019 |

I hereby further commute to a term of **155 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **CLOVIS LIGGINS**, Reg. No. 16490-078. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **160 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| CHRISTOPHER BROWN | 32313-171 |
| ALVIN HAMILTON | 17282-021 |
| ARICO LIPSCOMB | 70113-018 |
| JEROME POTTER | 08381-094 |

I hereby further commute to a term of **170 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| AUNDRE CADE | 29326-064 |
| MICHAEL GUTIERREZ | 05288-380 |
| ANTHONY RANDOLPH | 22356-052 |
| ERIC SMITH | 27689-171 |
| DAVID STUCKEY | 22609-171 |
| MAURICE SYDNOR | 18500-033 |
| MARIO WALTERS | 13335-062 |
| SYLVESTER WRIGHT | 06570-017 |

I hereby further commute to a term of **180 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the

following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| REGINAL ALEXANDER | 28519-171 | ANTHONY DRAPER | 66802-380 |
| BILLY ALLEN | 29202-076 | GERALD DUGAN | 34533-077 |
| KODY ARDOIN | 26348-078 | ZONTA ELLISON | 27066-058 |
| DONTAY ARMSTRONG | 35349-058 | GARLIN FARRIS | 34131-058 |
| STOKLEY AUSTIN | 33173-034 | JONAS GILMORE | 27759-171 |
| DAVID BARKER | 26141-039 | BYRON GREY | 37808-037 |
| CELESTE BLAIR | 49716-177 | SHAUN GRIER | 56411-037 |
| MARCO BOBO | 51150-074 | DAMIEN HOWARD | 08767-030 |
| TIMOTHY BOXFORD | 07150-063 | JIMMY JONES | 94183-083 |
| CHESTER BROWN | 26825-077 | WILLIE JONES | 02460-095 |
| JUMOND BURRELL | 43944-279 | JOSE JORGE | 24476-018 |
| ROLONDO CLARK | 22758-040 | ORLANDO LARRY | 08452-090 |
| TYSON CONSTANT | 47643-074 | CHARLES LONDON | 07382-095 |
| MAURIOSANTANA COWAN | 11299-030 | JOSE LOPEZ | 28769-044 |
| GREGORY DANIELS | 04795-509 | DERRICK MABRY | 56561-056 |
| HOLLIS DANIELS | 30298-424 | LENNY MATIAS | 68269-053 |
| CHRISTOPHER DAVIS | 22787-058 | GERARDO MEDINA | 20800-078 |
| RONALD DAVIS | 08008-032 | CHARLES ODOM | 13613-029 |
| TRISTAN DAVIS | 19376-030 | EVENS PIERRE-LOUIS | 02713-104 |
| RANDY DOMINGUEZ | 06262-480 | DANIEL ROBINSON | 69866-066 |
|  |  | JAVAN ROBINSON | 74011-510 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| KENNETH ROBINSON | 54063-037 | MCFERRY TOLBERT | 13903-030 |
| JONATHAN RODRIGUEZ | 94968-479 | DONTERIUS TOOMBS | 97073-020 |
| PATRICK RODRIGUEZ | 20582-380 | JEREMY WARNER | 49563-177 |
| LUIS SOTO | 04414-480 | DAVID WASHINGTON | 44353-053 |
| JOSHUA STEGEMANN | 20552-052 | GENESIS WHITTED | 61101-056 |
| | | LATASHA WYATT | 41285-177 |

I hereby further commute to a term of **190 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| RICHARD BROWN | 13440-030 |
| DOUGLAS MEEKS | 08765-030 |
| DWAYNE ROSS | 17677-171 |

I hereby further commute to a term of **200 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| ERNEST DAILEY | 58739-056 | ALLAN FISHER | 29196-080 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| MARVIN GARRETT | 06051-088 | ESPERE PIERRE | 04829-104 |
| DEHAVEN HOGG | 45889-039 | JERMARRIEO STIGGER | 85236-083 |
| JEROMEY MITCHELL | 57356-056 | | |
| MICHAEL MORRIS | 08136-067 | RONALD THOMPSON | 25933-034 |

    I hereby further commute to a term of **210 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **HASAN WORTHY**, Reg. No. 06806-036. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

    I hereby further commute to a term of **220 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| JOHN ABNEY | 59761-056 | LEBRUCE ELLINGTON | 07746-032 |
| BURNELL ALLEN | 33006-034 | ISRAEL ENRIQUEZ | 56132-177 |
| QUENTIN BATTLE | 56325-056 | MARJUAN FLEMING | 15605-040 |
| CEDRIC BROWN | 58171-019 | DEMETRIUS FLOYD | 56305-018 |
| LEBRON BUNKLEY | 54382-060 | NICHOLE FORDE | 11058-029 |
| QUBID COLEMAN | 18271-026 | EARL FULLER | 78126-083 |
| AARON COPPEDGE | 51805-056 | LAMAR GIBSON | 20057-001 |
| FREDDIE CURRY | 15498-071 | EDDIE GOODWIN | 17219-021 |
| SPENCER ELAM | 18820-078 | TALEAF GUNTHER | 66487-050 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DONTARIUS HALL | 33869-058 | DOUGLAS ROSEBY | 44223-037 |
| PERRY HARRINGTON | 15789-026 | DAVID RUDOLPH | 58439-037 |
| DANIEL HATCHER | 12754-002 | ADAM SCOTT | 61781-066 |
| MAURICE HENDERSON | 11974-067 | VALENTINO SHINE, SR. | 14298-055 |
| TERRION HERMAN | 14995-026 | ANTHONY SISTRUNK | 72326-067 |
| LORENZO HICKSON | 96716-020 | TERRANCE STANTON | 17790-021 |
| JOPHANEY HYPPOLITE | 55556-018 | CHARLES STATEN | 12561-067 |
| DAWAN MAYNARD | 70475-067 | ANTONIO TARVER | 57460-019 |
| JOSEPH MIKE | 11005-058 | JOSEPH TAYLOR | 58872-177 |
| SAMORY MONDS | 14401-030 | OLDEN TERRY | 56278-056 |
| MARVIN MOODY | 28933-044 | RAUL TOVAR | 31362-079 |
| HECTOR MORALES | 18802-052 | DONALD TURNER | 38886-044 |
| ANTOINE MYLES | 23728-056 | PATRICK WEATHERALL | 39772-177 |
| MERRELL NEAL | 11291-424 | PALLIS WEAVER | 12427-017 |
| RUDOLPH ORANGE | 17052-021 | LAMONT WHEELER | 23502-171 |
| GLORIA PALACIOS | 54896-380 | ALLEN WILLIAMS | 07775-073 |
| KENDALL ROBINSON | 13074-030 | CHRISTOPHER WILSON | 18729-380 |
| KENYATTA ROBINSON | 08321-068 | | |

I hereby further commute to a term of **240 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|---|---|
| RICHARD LIGHTY | 10799-084 |
| MARCUS ROYSTON | 15041-041 |

I hereby further commute to a term of **250 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|---|---|
| DAMON BOYD | 05889-068 |
| CORY HARRIS | 78217-083 |
| ANTHONY SWANSON | 43992-048 |
| DARYL WILKES | 55522-083 |

I hereby further commute to a term of **260 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|---|---|
| MARC JACQUES | 75560-004 |
| LEROY LYMONS | 21317-017 |
| ANTHONY OUSLEY | 15996-026 |

I hereby further commute to a term of **270 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the

following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| TERRANCE MONTGOMERY | 48033-177 |
| CYRUS PHYFIER | 17322-002 |
| ANTHONY SMITH | 64750-056 |
| ANTONIO WALTON | 07529-027 |

I hereby further commute to a term of **280 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| BEVERLY BAKER | 55561-056 | RICHARD DAVIDSON | 32365-074 |
| JOHNNY BEDGOOD | 21971-017 | ELEKE DAVIS | 11881-042 |
| GEORGE BIVINS | 02723-104 | TERENCE DICKENS | 56360-056 |
| WILLIAM CAMPBELL | 17194-029 | CURTIS EDMONDS | 51441-056 |
| RODNEY CANNADY | 16940-056 | JOSAND FARMER | 54617-056 |
| ELIJAH CHISOLM | 06838-017 | TRACY FEAGAN | 41858-074 |
| RODNEY COBY | 63939-037 | TONY FORD | 42800-018 |
| TONY COMMANDER | 55574-056 | MIGUEL GARCIA | 12138-280 |
| EDDIE COSEY | 11097-030 | JAMES GILLEY | 08077-055 |
| LAWRENCE DANIELS | 08036-025 | ANTWAN GRAY | 83280-004 |
| | | CARLOUS HORTON | 22997-045 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| CALVIN JOHNSON | 21507-052 | ANTHONY POPE | 85980-280 |
| DAVID JOHNSON | 26503-018 | ALEX RIOS | 25965-077 |
| THELISMA JOHNSON | 81042-004 | ALEXANDER RIVERA | 66424-066 |
| LEONARD JONES | 05248-036 | DONAVAN SLAGG | 09685-059 |
| TIMOTHY JONES | 24825-056 | AMBROSE SPIRES | 08796-030 |
| ELIZABETH KUC | 71371-018 | TERRANCE SYKES | 14552-055 |
| SUNNAH MADDOX | 21329-074 | ANTONIO TURNER | 38911-044 |
| JEFFREY MCCOTTER | 25935-056 | COREY TURNER | 28354-044 |
| LLOYD MEEKS | 41038-424 | FRANCISCA VARGAS | 12433-041 |
| CALVIN MITCHELL | 56533-056 | JASPER VARGAS | 14307-026 |
| TYRONE MITCHELL | 45464-066 | DION WALKER | 08593-027 |
| TIMOTHY MURPHY | 24086-056 | BERNARD WEITERS | 18672-171 |
| MARLON OLIVER | 15973-040 | DARRELL WILLIAMS | 73459-509 |
| MYRON ORR | 08678-030 | CORNELIUS WILSON | 18730-380 |
| ROBERT PERRY | 09450-017 | CORTEZ WOOTEN | 04430-025 |
| TERRENCE PETERS | 34602-183 | JOSE ZAVALA | 12838-078 |

I hereby further commute to a term of **290 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **JARED BRUTON**, Reg. No. 22160-057. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **300 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the

sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| LESTER DAVIS | 20415-001 |
| MICHAEL LIND | 54813-018 |

I hereby further commute to a term of **320 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. |
|------|----------|
| SHEDRICK HOLLIS | 13763-002 |
| TONY HUGHES | 55764-083 |
| DEXTER KEMP | 83049-004 |
| ANTHONY MOORE | 07327-025 |
| DWAN OUTLAW | 55246-019 |

I hereby further commute to a term of **330 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **JONATHAN WRIGHT**, Reg. No. 26448-009. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **340 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon **AARON SHAKIR**, Reg. No. 13939-032. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of the grantee's sentence. If the grantee has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute to a term of **350 months' imprisonment** the sentence of imprisonment, for the offenses described to the Department of Justice, imposed upon each of the following named persons. If applicable, I also remit up to $10,000 of the unpaid balance of the fine or restitution amount imposed by the court that remains at the end of each person's respective sentence. For any individual that has a term of supervised release or other components of the sentence, I leave intact and in effect the term of supervised release imposed by the court with all its conditions and all other components of the sentence.

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| KENNETH CASEY | 04539-043 | JAMES LONG | 48489-018 |
| ERIC CHEEK | 17519-026 | SHERMAN MITCHELL | 06696-007 |
| CYDRIC COLEMAN | 37473-177 | ADRIAN PATTERSON | 15851-075 |
| ALONZO CONTRERAS | 00970-112 | CHARLES SECHLER | 11881-067 |
| JEFFERY DICKERSON | 17380-026 | GARY STEVENSON | 26267-044 |
| GERARDO GARCIA | 15074-179 | ANTONIO TAYLOR | 24308-045 |
| DEREK HALL | 26523-001 | CHRISTOPHER WILLIAMS | 56305-066 |
| WILLIE HAMPTON | 79948-011 | DENNIS WILLIAMS | 50097-018 |
| SHON JEFFERSON | 39426-177 | JULIUS WILLIAMS | 83048-054 |
| | | CLINTON WILLIAMS, JR. | 21324-017 |

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each person to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 17th day of January in the year of our Lord Two Thousand and Twenty-Five and of the Independence of the United States the Two Hundred and Forty-Ninth.*

**JOSEPH R. BIDEN JR.**
**President**